AEGIS LAW FIRM, P.C.
Samuel A. Wong, State Bar No. 217104
Kashif Haque, State Bar No. 218672
Sam Kim, State Bar No. 258467
9811 Irvine Center Drive, Suite 100, Irvine, CA 92618
Tel. (949)379-6250l Fax (949)379-6251

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENA MEJIA, individually and on behalf of all other aggrieved employees,<br><br>Plaintiff(s),<br>v.<br>CHIPOTLE MEXICAN GRILL, INC., a corporation; CHIPOTLE SERVICES, LLC; and DOES 1 through 20, inclusive,<br><br>Defendant(s). | CASE NUMBER<br><br>5:15-cv-01911<br><br>NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c) |

PLEASE TAKE NOTICE: (*Check one*)

☑ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) _____

is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____.

The dismissal is made without prejudice pursuant to F.R.Civ.P. 41(a)(1)(A)(i).

October 27, 2015
_____ Date _____                    _____ Signature of Attorney/Party _____

**NOTE:** *F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

   *F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*